## BAXTER ag^t CHECKLEY

John Baxter plaint. ag^t Anthony Checkly Defend^t according to attachm^t dat. 19:11.1675. The plaint. was nonSuted upon non appearance.

## CHECKLEY ag^t BAXTER

Anthony Checkley plaint. ag^t John Baxter Defend^t The plaint. withdrew his action.

## CHECKLEY ag^t BAXTER

Anthony Checkley plaint. ag^t John Baxter Defend^t The plaint. withdrew his action.

## BARTHOLMEW ag^t GRESHAM

Abraham Bartholmew plaint. ag^t Tho: Gresham Defend^t The plaint. withdrew his action. [356]

## SEALL ag^t BRIDGE

Ephraim Seall Cooper plaint. ag^t Francis Bridge Defend^t in an action of debt of five pounds eighteen Shillings & six pence in currant mony due for worke done as appeares by booke & all due damages according to attachm^t dat. Jan^ry. 5º 1675. The Defend^t was called but did not appeare, John Keene his Surety was called to bring him but neither appearing theire bonds were declared forfited & judgem^t stands entred ag^t both according to law. . . . The Jury . . . founde for the plaint. Five pounds eighteen Shillings six pence currant mony & costs of Court eighteen Shillings.

Execucion issued January. 29º 1675

## PARTON ag^t YALE

Richard Parton plaint. ag^t Theophilus Yale Defend^t The plaint. was nonSuted upon non appearance.

## WOODMAN agt POOLE

Jonathan Woodman plaint. ag^t John Poole Defend^t in an action of the case by forfiting a bond of arbitration in the penalty of One hundred pounds in mony bearing date the .24th day of Novemb^r